*Nathan Kelmenson* for appellants.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Joseph I. Berry* and *Michael J. Kelly* of counsel), for Tenement House Commissioner of the city of New York, respondent.

*Ilo Orleans* and *Victor Gray* for Frances Cairone, respondent.

Appeal dismissed, with costs; no opinion.

Concur: Hiscock, Ch. J. Cardozo, Pound, McLaughlin, Crane, Andrews and Lehman, JJ.

---

In the Matter of the Application of Laura A. Palmer, Respondent, *v.* Frank Mann, as Tenement House Commissioner of the City of New York, et al., Appellants.

*New York city — building zones — amendment to height district — when mandamus properly granted to compel tenement house commissioner to approve plans for erection of apartment house.*

*Matter of Palmer v. Mann,* 206 App. Div. 484, affirmed.

(Argued February 19, 1924; decided April 1, 1924.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 16, 1923, which reversed an order of Special Term denying a motion for a peremptory order of mandamus to compel the tenement house commissioner of the city of New York to approve plans and issue a permit for the erection of an apartment house 150 feet in height on the northeast corner of Fifth avenue and East Seventy-third street in the borough of Manhattan and granted said motion. The question at issue was whether an amendment of the " Height District " containing the property had been legally adopted.

*George P. Nicholson,* Corporation Counsel (*John F. O'Brien, Willard S. Allen* and *William T. Kennedy* of counsel), for Tenement House Commissioner, appellant.

*Edward Harding, John H. Jackson* and *Joseph H. Choate, Jr.,* for Thornton Realty Company et al., appellants,

*Robert B. Knowles, Walter G. Dunnington* and *Thomas J. Blake* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.

---

In the Matter of the Application of MARY ISENBARTH, Respondent, *v.* MICHAEL BARTNETT, as Inspector of Buildings of the City of New Rochelle, Appellant.

*New Rochelle (city of) — building zones — when mandamus properly granted to compel issuance of permit for erection of business building.*

*Matter of Isenbarth* v. *Bartnett,* 206 App. Div. 546, affirmed.

(Argued February 20, 1924; decided April 1, 1924.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the second judicial department, entered October 19, 1923, which unanimously affirmed an order of Special Term granting a motion for a peremptory order of mandamus to compel the inspector of buildings of the city of New Rochelle to issue a permit for the erection of a business building on premises fronting on North avenue in that city. The building inspector had refused the permit on the sole ground that the zoning ordinance of New Rochelle restricted petitioner's premises to a residential use.

*Charles A. Van Auken* for appellant.

*John M. Holzworth* for respondent.

Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, McLAUGH-LIN, CRANE, ANDREWS and LEHMAN, JJ.